Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHELE COLLENDER,<br><br>          Defendant. | DOCKET NO: 6:13-mj-120-MJS<br><br>**MOTION TO VACATE STATUS CONFERENCE AND DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. Michele COLLENDER entered into a deferred prosecution agreement with the Government and has fully complied with the terms of the agreement. Currently, a Status Conference is set for May 5, 2015 for the above matter. The Government respectfully requests it be vacated.

Dated:  April 30, 2015                               NATIONAL PARK SERVICE


                                                      /S/ Matthew McNease
                                                    Matthew McNease
                                                    Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Michele Collender*, 6:13-mj-120-MJS, be dismissed, without prejudice, in the interest of justice, and the Status Conference currently set for May 5, 2015, be vacated.

IT IS SO ORDERED.

Dated:   May 4, 2015                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE